_____

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 CASE NO.:

ORLANDO WILLIAMS                                         20-13481-JDW

### AGREED ORDER OVERRULING IN PART
### OBJECTION TO CONFIRMATION OF
### SECOND AMENDED CHAPTER 13 PLAN (DKT. #22)

THIS CAUSE came before the Court on the Objection to Confirmation of Second Amended Chapter 13 Plan (Dkt. #17) (Dkt. #22) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, the Court finds that the agreement of the parties is appropriate and should be set forth herein.  The Court does hereby order and adjudicate as follows:

1.     The Objection shall be and is hereby overruled in part.

2.     Section 4.4 of the Second Amended Chapter 13 Plan (Dkt. #17) (the "Plan") shall be and is hereby amended to provide for the payment of the priority

portion of the Proof of Claim filed by the Internal Revenue Service (Clm. #15-1) in the amount of $1,569.19.

3. Within fourteen (14) days of entry of this Agreed Order, the Debtor shall file an amended Schedule J to show the correct number of dependents and to reflect the Debtor's current expenses.

4. Failure to comply with the terms of this Agreed Order may result in the dismissal of this case without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392